**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAINEIRA MANGUM,<br> INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AMC NETWORKS INC.,<br><br>    *Defendant*. | Case No.: 1:22-cv-04857<br>Honorable Andrea R. Wood |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daineira Mangum hereby dismisses this matter without prejudice. Defendant has filed neither an answer nor a motion for summary judgment.

Date: January 6, 2023                                                       Respectfully Submitted,

                                                                                                     By: */s/ Brandon M. Wise*
                                                                                                     Brandon M. Wise – IL Bar # 6319580
                                                                                                     Adam Florek – IL Bar # 6320615
                                                                                                     **PEIFFER WOLF CARR
KANE CONWAY & WISE, LLP**
                                                                                                     818 Lafayette Ave., Floor 2
                                                                                                     St. Louis, MO 63104
                                                                                                     Ph: 314-833-4825
                                                                                                     Email: bwise@peifferwolf.com
                                                                                                     Email: aflorek@peifferwolf.com

                                                                                                     COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I filed the foregoing document with the clerk of the Court using the Court's ECF system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

                                                                 */s/ Brandon M. Wise*